1  CAROL C. LAM
United States Attorney
2  REBEKAH W. YOUNG
Assistant United States Attorney
3  California State Bar No. 214859
United States Attorney's Office
4  Federal Office Building
880 Front Street, Room 6293
5  San Diego, California 92101
Telephone: (619) 557-7179
6
Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

**FILED**

**SEP 1 9 2006**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8
                    UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA
10
UNITED STATES OF AMERICA,        )   Magistrate Case No.  06MG8690
11                               )        06 CR 2046 - H
                Plaintiff,       )
12                               )   **STIPULATION OF FACT AND JOINT**
         v.                      )   **MOTION FOR RELEASE OF**
13                               )   **MATERIAL WITNESS(ES) AND**
HECTOR RAMIREZ-MALDONADO,         )   **ORDER THEREON**
14                               )
                Defendant.       )
15  _____)   **(Pre-Indictment Fast-Track Program)**

16        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and

18  Rebekah W. Young, Assistant United States Attorney, and defendant HECTOR

19  RAMIREZ-MALDONADO, by and through and with the advice and consent of defense counsel,

20  Joan Kerry Bader, Esq., that:

21        1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

26  and (v)(II).

27  //

28  //

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before **October 6, 2006**.

6    4.    The material witnesses, Reynaldo Martinez-Valencia, Arturo Quintero-Luna and

7    Andres Jimenez-Mendoza, in this case:

8        a.    Are aliens with no lawful right to enter or remain in the United States;

9        b.    Entered or attempted to enter the United States illegally on or about

10   September 5, 2006;

11       c.    Were found in a vehicle driven by defendant near Calexico, California and

12   that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful

13   right to enter or remain in the United States;

14       d.    Were paying $1,400-$1,800 to others to be brought into the United States

15   illegally and/or transported illegally to their destination therein; and,

16       e.    May be released and remanded immediately to the Department of Homeland

17   Security for return to their country of origin.

18   5.    After the material witnesses are ordered released by the Court pursuant to this

19   stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20   reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21   including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22       a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

23   substantive evidence;

24       b.    The United States may elicit hearsay testimony from arresting agents

25   regarding any statements made by the material witness(es) provided in discovery, and such testimony

26   shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27   of (an) unavailable witness(es); and,

28   Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Hector Ramirez-Maldonado                2                06MG8690

1    c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4  waives the right to confront and cross-examine the material witness(es) in this case.

5    6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7  further that defendant has discussed the terms of this stipulation and joint motion with defense

8  counsel and fully understands its meaning and effect.

9    Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to their country of origin.

12    It is STIPULATED AND AGREED this date.

13    Respectfully submitted,

14    CAROL C. LAM
      United States Attorney

15

16  Dated: 9-19-06    .

    REBEKAH W. YOUNG

17  Assistant United States Attorney

18  Dated: September 10, 2006

19  JOAN KERRY BADER
    Defense Counsel for RAMIREZ-MALDONADO

20

21  Dated: September 10, 2006

22  HECTOR RAMIREZ-MALDONADO
    Defendant

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Hector Ramirez-Maldonado          3          06MG8690

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: ___9 - 19 - 06___ .

United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Hector Ramirez-Maldonado          4

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _OLCR2046 H_ |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Hector Ramirez Maldorado | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

_Aldris Jimenez Mendoza_

DATED: ___9/19/06___

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
  **DUSM**

OR

**W. SAMUEL HAMRICK, JR.** Clerk

by _____
  **Deputy Clerk**

☆ U.S. GPO: 2003-581-774/70082

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _06CR2046-H_ |
| | ) | _06mg8690_ |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Hector Ramirez-Maldonado | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

_Reynaldo Martinez-Valencia_

DATED: ___9/19/06___

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                 **DUSM**

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____

**Deputy Clerk**

**CLERK'S OFFICE COPY**
mc500 Crim-25 rev 8-95                    ☆ U.S. GPO: 2003-581-774/70082

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _ObCR2046-H_ |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Hector Ramirez. Maldonado | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

Arturo Quintero-Luna

DATED: _9/19/06_

**PETER C. LEWIS**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
                  DUSM

**W. SAMUEL HAMRICK, JR.   Clerk**

by _J. Florez_
          **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082